## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Michael T. Mason | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 562 - 4 | **DATE** | 8/4/2008 |
| **CASE TITLE** |  | USA vs. Charles Parker | |

**DOCKET ENTRY TEXT**

Detention hearing held. Government's oral motion for detention of Charles Parker is granted without prejudice. Defendant Parker is to remain in federal custody pending the continued hearing set for 8/6/08 at 11:15 a.m.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | rbf |
|---|---|---|