## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Michael T. Mason | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 562 - 4 | **DATE** | 8/6/2008 |
| **CASE TITLE** | USA vs. Charles Parker | | |

**DOCKET ENTRY TEXT**

Detention hearing held. John Theis is granted leave to file his appearance on behalf of the defendant. Government and defendant agree upon certain conditions of release. Defendant waives his right to a preliminary examination hearing. Order defendant Charles Parker bound to the District Court for further proceedings.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | rbf |
|---|---|---|