# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of: **U.S. v. CHARLES PARKER**

Case Number: **08 CR 562**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**Charles Parker**

FILED
August 06, 2008
AUG 0 6 2008

MICHAEL T. MASON
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

| Field | Value |
|---|---|
| NAME (Type or print) | JOHN T. THEIS |
| SIGNATURE | s/ John Theis |
| FIRM | LAW OFFICE OF JOHN T. THEIS |
| STREET ADDRESS | 29 S. LASALLE, SUITE 220 |
| CITY/STATE/ZIP | CHICAGO IL 60603 |
| ID NUMBER | 2813599 |
| TELEPHONE NUMBER | (312) 782-1121 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES [X]   NO [ ]

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES [ ]   NO [X]

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES [X]   NO [ ]

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES [X]   NO [ ]

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL [ ]   APPOINTED COUNSEL [X]