Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James F. Holderman | Sitting Judge if Other than Assigned Judge | Morton Denlow |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 562 | **DATE** | 8/14/2008 |
| **CASE TITLE** | USA vs. Baines, et al | | |

**DOCKET ENTRY TEXT**

United States' unopposed motion (29) to exclude time pursuant to Title 18, USC 3161(h)(8)(A) (B), to and including 9/15/08, is granted.

■ [ For further detail see separate order(s).]

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | GL |
|---|---|---|

2009 AUG 15 PM 1:13
U.S. DISTRICT COURT
FILED