# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __ILLINOIS, EASTERN DIVISION__

UNITED STATES OF AMERICA

v.

CHARLES PARKER

**WARRANT FOR ARREST**

CASE NUMBER:

UNDER SEAL 08 CR 562

FILED AUG 28 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Charles Parker__
                                                    Name
and bring him or her forthwith to the nearest magistrate to answer a(n)

___Indictment   ___Information   _X_ Complaint   ___Order of court   ___Violation Notice   ___Probation Violation Petition

charging him or her with  (brief description of offense)

**conspiring with others to knowingly and intentionally possess with intent to distribute and to distribute a controlled substance, namely, in excess of one kilogram of a mixture and substance containing heroin, a Schedule I Narcotic Drug Controlled Substance;**

in violation of Title __21__ United States Code, Section(s) __846__

Morton Denlow
Name of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

_Morton Denlow_ (signature)
Signature of Issuing Officer

FILED AUGUST 28, 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

Chicago, Illinois
July 16, 2008
Date and Location

_____
(By) Deputy Clerk

Bail fixed at $ _____ by _____
                                            Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |